# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

'07 AUG -8 PM 1: 18

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| DERRICK ANTONIO WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV407-066 |
| | ) | |
| SAVANNAH MORNING NEWS, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>O R D E R</u>

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed.  Accordingly, the Report and Recommendation of

the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _8th_ day of _August_, 2007.

_____

**WILLIAM T. MOORE, JR., CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**